IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WENDY L. SINGERY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-CV-00577 |
| ) | |
| JOSE E. LEAL ) | |
| and INLINE TRUCKING, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41, stipulate to the dismissal of the above captioned case, with prejudice. Pursuant to their agreement, the parties are to bear their own costs.

DYSART TAYLOR LAY
COTTER & MCMONIGLE, PC

By: _/s/ John F. Wilcox, Jr._
Patrick K. McMonigle      MoBar#27161
John F. Wilcox, Jr.       MoBar#46997
4420 Madison Avenue
Kansas City, Missouri 64111-3407
pmcmonigle@dysarttaylor.com
jwilcox@dysarttaylor.com
mbartalos@dysarttaylor.com
Telephone: (816) 931-2700
Facsimile: (816) 931-7377
ATTORNEYS FOR DEFENDANTS

THE HORN LAW FIRM, P.C.

By: /s/ Laurie Del Percio
Laurie Del Percio     MoBar#48458
Douglas R. Horn     MoBar#37103
19049 Valley View Parkway, Suite J
Independence, Missouri 64055
ldelpercio@hornlaw.com
Telephone: (816) 795-7500
Facsimile: (816) 795-7881
ATTORNEYS FOR PLAINTIFF